UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Brittany Border,**

        **Plaintiff,**                      Case No. 2:22-cv-171

        **v.**                               Judge Michael H. Watson

**Sykes Enterprises, Inc.,**         Magistrate Judge Deavers

        **Defendant.**

### OPINION AND ORDER

The Court had previously ordered Brittany Border ("Plaintiff Border") to show cause whether her voluntary dismissal was proper for several reasons. ECF No. 10.  Plaintiff Border has responded.  ECF No. 11.  In Plaintiff Border's response, she explains that she has discovered her claims, and the claims of opt-in plaintiff Shania Lawson ("Plaintiff Lawson"), are subject to an arbitration agreement and that there is no good-faith basis on which to oppose arbitration. ECF No. 11.  Plaintiff Border represents that the voluntary dismissal was not the result of a settlement  was instead the result of her determination that, because of the arbitration agreement, she did not have any viable claims in this Court.  *Id*. Plaintiff Border further represents that she intends to pursue her claims in arbitration.  *Id*.  Finally, Plaintiff Border requests leave to file an amended notice of dismissal on behalf of herself and Plaintiff Lawson.

Instead, in the interest of judicial economy, the Court construes the response to the show cause order as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2).  That motion is **GRANTED**; all claims in this case are **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall close the case.

**IT IS SO ORDERED.**

                                                _s/Michael H. Watson_
                                                **MICHAEL H. WATSON, JUDGE**
                                                **UNITED STATES DISTRICT COURT**